441 A.2d 443

Commonwealth v. St. Clair, Appellant.

Petition for Allowance of Appeal Denied June 30, 1982.

Argued January 20, 1981. Donald M. Moser, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence affirmed.